IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01105-MSK

MCKINLEY MEDICAL, LLC,
THE BROE COMPANIES, INC., and
PAT BROE,

        Plaintiffs,

v.

MEDMARC CASUALTY INSURANCE COMPANY,

        Defendant.

---

## ORDER REMANDING ACTION

---

**THIS MATTER** comes before the Court *sua sponte*.

This action was initiated by the Plaintiffs in the District Court for the City and County of Denver on March 28, 2011. On April 26, 2011, the Defendant filed a Notice of Removal **(#1)** this Court based on diversity jurisdiction under 28 U.S.C. § 1332.

A party asserting federal subject-matter jurisdiction premised on diversity must plead sufficient facts to demonstrate that the requirements of § 1332 are met—that complete diversity exists between the parties and that the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a)(1); *Symes v. Harris*, 472 F.3d 754, 758 (10th Cir. 2006). The party seeking removal must point to specific facts supporting this assertion, either on the face of the initial pleading or on the Notice of Removal. *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995); *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949–50 (2009) (conclusory assertions insufficient to plead

specific facts).

One Plaintiff in this case, McKinley Medical, LLC, is described in the Complaint and in the Notice of Removal as a "limited liability company." The Complaint and the Notice of Removal identify its principal place of business, however, its citizenship is determined by the citizenship of each of its members. *See*, *e.g.*, *Birdsong v. Westglen Endoscopy Ctr., LLC*, 176 F.Supp.2d 1245, 1248 (D. Kan. 2001). Neither the Notice of Removal nor the Complaint identifies the members of McKinley Medical, LLC or the states in which they are citizens. Thus, Medmarc Casualty Insurance Company has failed to adequately show complete diversity of the parties for purposes of § 1332(a)(1).

Accordingly, the Court finds that it lacks subject-matter jurisdiction over this action. Pursuant to 28 U.S.C. § 1447(c), the action is remanded to the District Court for the City and County of Denver. The Clerk of the Court shall transmit the entire case file to the Court Clerk for the City and County of Denver and shall close this case.

Dated this 27th day of April, 2011

                                      **BY THE COURT:**

                                      *[signature: Marcia S. Krieger]*
                                      _____

                                      Marcia S. Krieger
                                      United States District Judge